**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

TONY WILLIAMS,                      *
ADC #106166,                        *
                                    *
              Petitioner,           *
v.                                  *              No. 4:21-cv-00577-JJV
                                    *
DEXTER PAYNE, Director,             *
Arkansas Division of Correction,    *
                                    *
              Respondent.           *

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED.

DATED this 8th day of November 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE